IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
MAR 0 2 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05–25–BU–DWM |
| Plaintiff, | |
| v. | ORDER |
| SCOTT LEE LYTLE, | |
| Defendant. | |

Defendant Scott Lee Lytle's Unopposed Motion for Early Termination of Supervised Release is now before the Court. (Doc. 47.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 47) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 2nd day of March, 2020.

13:58 P.M.

Donald W. Molloy, District Judge
United States District Court